# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128885

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ISAAC DWIGHT MORRIS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128885
COA: 260345
Oakland CC: 2003-189988-FC

     On order of the Court, the application for leave to appeal the April 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024